**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        In re Infrastructure Services, Inc.

Appellate case number:    01-19-00448-CV

Trial court case number:  2017-82253

Trial court:                       189th District Court of Harris County

Relator, Infrastructure Services, Inc., has filed a petition for writ of mandamus challenging the trial court's April 29, 2019 order granting defendant's motion to designate responsible third parties. The Court requests that the real party in interest respond to the petition for writ of mandamus by **August 27, 2019**.

It is so ORDERED.


Judge's signature: ____/s/ Gordon Goodman_____
                                        Acting individually


Date:  __August 8, 2019_____